# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ABUL HASNAT, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>MICHAEL POMPEO, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00388-LJO-SAB<br><br>ORDER REQUIRING APPOINTMENT OF GUARDIAN AD LITEM<br><br>(ECF No. 2)<br><br>TEN-DAY DEADLINE |

On March 22, 2019, Plaintiffs Mohammad Abul Hasnat, Nuzhat Aslam, Muhammad Aslam Chaudhry, and minors Q, R, and M, filed a complaint in this action.

Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor . . . ." L.R. 202(a).

/ / /

/ /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within **ten (10) days** from the date of entry of this order, Plaintiffs' counsel shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Local Rule 202.

IT IS SO ORDERED.

Dated:   **April 4, 2019**

UNITED STATES MAGISTRATE JUDGE