UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMAD ABUL HASNAT, et al., | ) | Case No.: 1:19-cv-388 LJO SAB |
| Plaintiff, | ) ) | ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME |
| v. | ) ) | (ECF No. 14) |
| MICHAEL POMPEO, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Defendants shall file a pleading responsive to the first amended complaint on or before July 8, 2019;

2. The scheduling conference currently set for June 25, 2019 in CONTINUED to **August 13, 2019, at 2:00 pm.** in Courtoom 9; and

3. The parties shall file a joint scheduling report seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **May 22, 2019**

UNITED STATES MAGISTRATE JUDGE

1