UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMAD ABUL HASNAT, et al., | ) | Case No.: 1:19-cv-00388 LJO SAB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO CLOSE CASE AND REFLECT |
| v. | ) | VOLUNTARY DISMISAL PURSUANT |
| | ) | TO RULE 41(a) OF THE FEDERAL |
| MICHAEL POMPEO, et al., | ) | RULES OF CIVIL PROCEDURE |
| | ) | |
| Defendants. | ) | (ECF No. 16) |
| | ) | |
| | ) | |

On July 2, 2019, a stipulation was filed dismissing this action in its entirety. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 3, 2019**

UNITED STATES MAGISTRATE JUDGE

1